# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Docket No. 1:00cr53DCB-JMR-001 |
| | ) |
| ANTONIO SHEFFIELD | ) |

## ORDER MODIFYING SUPERVISION CONDITIONS

THIS MATTER came on for hearing on February 26, 2013, in open Court on the Petition for revocation of Defendant, Antonio Sheffield's supervised release, which Petition alleges the Defendant has violated the terms of his supervised release by not reporting to the United States Probation Office within 72 hours when he was released from custody on or about September 11, 2012.

Having been found guilty of the violations, the Court finds the defendant has violated the conditions of his supervised release and the Court hereby modifies the conditions of the defendant's supervised release.

It is therefore,

ORDERED AND ADJUDGED Defendant Antonio Sheffield's conditions of supervision are hereby modified to include:

(A) The defendant shall submit his person, residence and vehicles to searches by United States Probation Officers, at any time, to be conducted in a reasonable manner, under reasonable suspicion of contraband or illegal activity.

(B) The defendant is to provide any financial information, business or personal, to the U.S. Probation Office upon request and is prohibited from incurring new charges or opening additional lines of credit without the approval of the U.S. Probation Office.

(C) The defendant shall participate in a mental health program as directed by the probation office. The defendant shall contribute to the cost of such treatment to the extent that the defendant is deemed capable by the probation office.

**Sheffield**, Antonio
Modification Order
Page 2

The standard and special conditions in the original Judgment and Commitment order will remain in effect.

SO ORDERED AND ADJUDGED, this the 26th Day of February, 2013.

*[signature]*
Honorable David Bramlette III
United States District Judge